**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

VICTOR LUCKY,  :
:
    Plaintiff,  :
:
v.  :   1:07-CV-52 (WLS)
:
CYNTHIA NELSON, *et al.*,  :
:
    Defendants.  :
:

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed July 16, 2008. (Doc. 22). It is recommended that Defendants' Motion for Summary Judgment (Doc. 18) be granted. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 22) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 18) is hereby **GRANTED**.

**SO ORDERED**, this   20th   day of August, 2008.

          /s/W. Louis Sands
          **THE HONORABLE W. LOUIS SANDS,
          UNITED STATES DISTRICT JUDGE**